**DOME v. MAGGARD et al.**

Court of Appeals of Kentucky.

Feb. 26, 1954.

N. Baxter Jenkins, Whitesburg, for appellant.

Harry M. Caudill, Whitesburg, for appellees.

PER CURIAM.

The only question presented is whether the appellee Bill Maggard was properly absolved from liability for goods sold and delivered to the Blackey Wholesale Company by the appellant. On conflicting evidence the jury found, in effect, that the appellee Bill Maggard was not a partner in the firm doing business as Blackey Wholesale Company at the time the goods were sold, and that the appellant had had proper notice of his withdrawal from the partnership before the goods were sold and delivered to N. T. Rowland, doing business as Blackey

Wholesale Company. Maggard formerly had been Rowland's partner, and the appellant had been one of the partnership's suppliers. The jury found against Rowland for the full amount of appellant's claim, $995.65, but absolved Maggard of liability. On review of the case, we find no prejudicial error.

The motion for an appeal is overruled and the judgment is affirmed.